ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LEODIS HARRIS, et al., | ) | CASE NO. 5:05CV1681 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| JACK AMBROZIC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having filed a Memorandum of Opinion, it is hereby ORDERED that

The complaint is dismissed without prejudice and otherwise than upon the merits.

July 6, 2005 /s/ John R. Adams
Date John R. Adams
U.S. District Judge